IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Tarara, James J | Case Number: 08 B 00944 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 01/06/09 | Filed: 1/16/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,107.04 | |
| Secured: | | 2,100.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 650.00 |
| Trustee Fee: | | 183.21 |
| Other Funds: | | 7,173.83 |
| Totals: | 10,107.04 | 10,107.04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | James M Philbrick | Administrative | 650.00 | 650.00 |
| 2. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 3. | Bank Of New York | Secured | 0.00 | 0.00 |
| 4. | Home Vest Capital LLC | Secured | 0.00 | 0.00 |
| 5. | Marquette Consumer Finance | Secured | 9,165.72 | 2,100.00 |
| 6. | Bank Of New York | Secured | 12,997.89 | 0.00 |
| 7. | Home Vest Capital LLC | Secured | 4,260.50 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 56.35 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 927.29 | 0.00 |
| 10. | Capital One | Unsecured | 442.38 | 0.00 |
| 11. | Cook County Treasurer | Secured | | No Claim Filed |
| 12. | Bella Fiore Condominium | Secured | | No Claim Filed |
| 13. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 14. | Advanced Radiology | Unsecured | | No Claim Filed |
| 15. | MPOWER Communications | Unsecured | | No Claim Filed |
| 16. | HSBC Auto Finance | Unsecured | | No Claim Filed |
| | | | $ 28,500.13 | $ 2,750.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 39.96 |
| 6.5% | 97.32 |
| 6.6% | 45.93 |
| | $ 183.21 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Tarara, James J | Case Number: 08 B 00944 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 01/06/09 | Filed: 1/16/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

           Marilyn O. Marshall, Trustee, by:

